MANDATE

### UNITED STATES COURT OF APPEALS
#### FOR THE SECOND CIRCUIT
#### THURGOOD MARSHALL U.S. COURT HOUSE
#### 40 FOLEY SQUARE
#### NEW YORK  10007

**Roseann B. MacKechnie**
**CLERK**



Date:                          10/2/06

Docket Number:      06-3561-pr
Short Title:             Felton v. Mazzuca
DC Docket Number:   98-cv-4567
DC:                        SDNY (NEW YORK CITY)
DC Judge:              Honorable Kenneth Karas

  At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the second day of  October, two thousand six.

    Jose Felton,

      Petitioner-Appellant,

      v.

    William Mazzuca,

      Respondent-Appellee.

  The *Civil Appeals  Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia,  either pay the docketing fee or move for leave to proceed  *in forma pauperis*, and that in the event of default of this requirement  the Clerk may dismiss the appeal without further notice.

  The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of March 30, 2006,  United States District Court for the Southern District of New York be, and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed MOOT.

        For the Court,
        Roseann B. MacKechnie, Clerk

      A TRUE COPY
    ROSEANN B. MacKECHNIE, CLERK

        By:  Connie  Mazariego
        Deputy Clerk

Certified:                      OCT   2 2006